**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

■ 2nd _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Beatriz Eugenia De Aragon        JOINT DEBTOR: _____ CASE NO.: 25-16266-RAM

SS#: xxx-xx- 2970        SS#: xxx-xx-_____

## I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ■ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.    MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.    $6,432.70        for months  1  to  5  ;

2.    $6,642.17        for months  6  to  60  ;

**B.    DEBTOR(S)' ATTORNEY'S FEE:**        ☐ NONE    ☐ PRO BONO

| | | |
|---|---|---|
| Total Fees: $5,750.00 | Total Paid: $5,000.00 | Balance Due: $750.00 |

Payable        $750.00        /month (Months  1  to  1  )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Chapter 13 Safe Harbor Attorney Fees $5,000.00 $750.00 Motion to Extend Stay

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS    ☐ NONE

**A.    SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

| 1. Creditor: US Bank Trust Association, N.A. | | | | |
|---|---|---|---|---|
| Address: c/o SN Servicing Corporation 323 5th Street Eureka, CA 95501 | Arrearage/ Payoff on Petition Date | $111,894.23 | | |
| | Arrears Payment (Cure) | $575.00 | /month (Months 1 | to 1 ) |
| | Arrears Payment (Cure) | $1,850.00 | /month (Months 2 | to 5 ) |
| Last 4 Digits of Account No.: 0753 | Arrears Payment (Cure) | $1,889.44 | /month (Months 6 | to 60 ) |
| | Regular Payment (Maintain) | $2,848.47 | /month (Months 1 | to 60 ) |

LF-31 (rev. 04/01/22)

Debtor(s): Beatriz Eugenia De Aragon          Case number: 25-16266-RAM

Other:          Claim #3-1

■ Real Property                                          Check one below for Real Property:

   ■ Principal Residence                              ■ Escrow is included in the regular payments

   ☐ Other Real Property                              ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
13350 SW 90 Terrace #C Miami, FL 33186  Miami-Dade
County

☐ Personal Property/Vehicle

Description of Collateral:

---

2.  Creditor: Calusa Point Association, Inc.

| | | | | | |
|---|---|---|---|---|---|
| Address: c/o Basulto, Robbins & Associates, LLP Miami Lakes FL 33016 | Arrearage/ Payoff on Petition Date | $31,721.40 | | | |
| | Arrears Payment (Cure) | $528.69 | /month (Months | 1 | to 60 ) |
| | Regular Payment (Maintain) | $295.00 | /month (Months | 1 | to 60 ) |

Last 4 Digits of
Account No.:            2970

Other:          Claim #6-1

■ Real Property                                          Check one below for Real Property:

   ■ Principal Residence                              ■ Escrow is included in the regular payments

   ☐ Other Real Property                              ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
13350 SW 90 Terrace #C Miami, FL 33186  Miami-Dade
County

☐ Personal Property/Vehicle

Description of Collateral:

---

3.  Creditor: Department of Treasury - Internal Revenue Service

| | | | | | |
|---|---|---|---|---|---|
| Address: P.O. Box 7317 Philadelphia, PA 19101-7317 | Arrearage/ Payoff on Petition Date | $2,177.01 ($1,832.39 plus 7% Interest) | | | |
| | Payoff | $36.29 | /month (Months | 1 | to 60 ) |

Last 4 Digits of
Account No.:            2970

Other:          Claim #2-1

☐ Real Property                                          Check one below for Real Property:

   ☐ Principal Residence                              ☐ Escrow is included in the regular payments

   ☐ Other Real Property                              ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:

■ Personal Property/Vehicle

Description of Collateral: All of debtor(s) right, title and interest to property - 26 U.S.C. §6321.

---

4.  Creditor: US Bank Trust Association, N.A.

| | | | | | |
|---|---|---|---|---|---|
| Address: c/o SN Servicing Corporation 323 Fifth Street Eureka, CA 95501 | Arrearage/ Payoff on Petition Date | $525.00 | | | |
| | Payoff | $525.00 | /month (Months | 1 | to 1 ) |

LF-31 (rev. 04/01/22)

Debtor(s): Beatriz Eugenia De Aragon _____   Case number: 25-16266-RAM

Last 4 Digits of
Account No.: _____0753_____

Other: _____ Claim #3-1 - 08/22/2025 Notice of Post-petition Mortgage Fees, Expenses, and Charges_____

■ Real Property                                    Check one below for Real Property:

   ■ Principal Residence                         ■ Escrow is included in the regular payments

   ☐ Other Real Property                         ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
13350 SW 90 Terrace #C Miami, FL 33186  Miami-Dade
County

☐ Personal Property/Vehicle

Description of Collateral: _____

**B.** **VALUATION OF COLLATERAL:**  ■ NONE

**C.** **LIEN AVOIDANCE**  ■ NONE

**D.** **SURRENDER OF COLLATERAL:**  ■ NONE

**E.** **DIRECT PAYMENTS**  ■ NONE

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

   **A.** **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

   **B.** **INTERNAL REVENUE SERVICE:**  ☐ NONE

| Total Due: $13,858.79 | Total Payment $13,858.79 |
|---|---|
| Payable: $230.98 /month (Months 1 to 60 ) | |

   **C.** **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

   **D.** **OTHER:** ■ NONE

**V.** **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

   **A.** Pay _____$149.08_____ /month (Months 6 to 60 )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

   **B.** ■ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

   **C.** SEPARATELY CLASSIFIED: ■ NONE

**VI.** **STUDENT LOAN PROGRAM** ■ NONE

**VII.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ■ NONE

**VIII.** **INCOME TAX RETURNS AND REFUNDS:**

   ■ Debtor(s) will not provide tax returns unless requested by any interested party pursuant to 11 U.S.C. § 521.

**IX.** **NON-STANDARD PLAN PROVISIONS** ■ NONE

LF-31 (rev. 04/01/22)

Debtor(s): Beatriz Eugenia De Aragon              Case number: 25-16266-RAM

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|

Beatriz Eugenia De Aragon

/s/ Haven Del Pino, Esq                    October 22, 2025

Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]

Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.